1018

■

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Hope WASHBURN.

No. 13189.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen.,
and J. P. Wenchel, Chief Counsel, Bureau
of Internal Revenue, of Washington, D. C.,
for petitioner.

John E. Hughes, of Chicago, Ill., for re-
spondent.

PER CURIAM.

Petition for review docketed and dis-
missed, on motion of petitioner and con-
sent of respondent.

■

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Martha Hooker
WASHBURN.

No. 13190.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen.,
and J. P. Wenchel, Chief Counsel, Bureau
of Internal Revenue, of Washington, D. C.,
for petitioner.

John E. Hughes, of Chicago, Ill., for re-
spondent.

PER CURIAM.

Petition for review docketed and dis-
missed, on motion of petitioner and con-
sent of respondent.

■

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Ruby WASHBURN.

No. 13191.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen.,
and J. P. Wenchel, Chief Counsel, Bureau
of Internal Revenue, of Washington, D. C.,
for petitioner.

John E. Hughes, of Chicago, Ill., for re-
spondent.

PER CURIAM.

Petition for review docketed and dis-
missed, on motion of petitioner and con-
sent of respondent.

■

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Abbott M.
WASHBURN.

No. 13192.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen.,
and J. P. Wenchel, Chief Counsel, Bureau
of Internal Revenue, of Washington, D. C.,
for petitioner.

John E. Hughes, of Chicago, Ill., for re-
spondent.

PER CURIAM.

Petition for review docketed and dis-
missed, on motion of petitioner and con-
sent of respondent.

■

Paul DIDIER v. Walter A. HUNTER, War-
den, United States Penitentiary, Leaven-
worth, Kansas.

No. 3255.

Circuit Court of Appeals, Tenth Circuit.

Nov. 8, 1945.

No appearance for either party.

Before PHILLIPS, BRATTON, HUX-
MAN, and MURRAH, Circuit Judges.

PER CURIAM.

Leave to appeal in forma pauperis de-
nied.